ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2950
Facsimile:  (808) 541-2958
E-Mail:  les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 01 2013
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 13-0670 KSC |
| Plaintiff, ) | CRIMINAL COMPLAINT; AGENT'S AFFIDAVIT |
| vs. ) | |
| GERARD K. PUANA, ) | |
| Defendant. ) | |

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about June 21, 2013, in the District of Hawaii, the defendant, GERARD K. PUANA, willfully tore down a receptacle used for the receipt of mail on a mail route.

All in violation of Title 18, United States Code, Section 1705.

I further state that I am a U.S. Postal Inspector with the U.S. Postal Inspection Service, and that this complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is incorporated herein by reference.

BRIAN W. SHAUGHNESSY
COMPLAINANT

Subscribed to and Sworn before me on
July 1, 2013, at Honolulu, Hawaii.

KEVIN S.C. CHANG
United States Magistrate Judge
District of Hawaii

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, BRIAN W. SHAUGHNESSY, after being first duly sworn on oath, deposes and says:

1. I am a U.S. Postal Inspector with the U.S. Postal Inspection Service (USPIS), currently assigned to the Honolulu Domicile in Honolulu, HI. I am familiar with the facts set forth in this affidavit based upon my personal knowledge and information provided to me by other law enforcement personnel and/or witnesses.

2. On June 22, 2013, "K.K." filed a report with the Honolulu Police Department attesting the mailbox fronting her residence in Honolulu, Hawaii, had been stolen the previous night. "K.K." described this mailbox as a cast-iron mailbox with a shingled roof, measuring approximately 18" x 18" x 12", with a key lock access. "K.K." further attested she believed there was U.S. Mail in this mailbox at the time the box was stolen.

3. On June 29, 2013, "K.K." provided an additional statement to the Honolulu Police Department attesting that she had reviewed the surveillance footage equipped at her home relating to this incident. "K.K." stated that on June 21, 2013, at approximately 11:30 PM HST, a male she positively identified as GERARD K. PUANA stole her mailbox. "K.K." stated GERARD K. PUANA is her uncle and that she has known him her whole life.

4. On June 30, 2013, your affiant reviewed this surveillance video provided by "K.K." On June 21, 2013, at approximately 11:30 PM HST, the suspect in the video walked up to the mailbox at the residence of "K.K.", tore the mailbox off its support post, and appeared to place the mailbox into a vehicle he had driven to this location. The vehicle is then seen driving away. The suspect in the surveillance footage appears to be GERARD K. PUANA.

Based upon the foregoing, probable cause exists to find that GERARD K. PUANA has committed the offense of destruction of a letter box, in violation of Title 18, United States Code, Section 1705.

FURTHER AFFIANT SAYETH NAUGHT.

_____
BRIAN W. SHAUGHNESSY, USPIS
COMPLAINANT

This Criminal Complaint and Agent's Affidavit in support of thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crimes found to exist by the undersigned Judicial Officer at 11:25 a.m. on July 1, 2013.

Subscribed and sworn before me on
July 1, 2013, at Honolulu, Hawaii.

_____
KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE
District of Hawaii

2