ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 11 2013

at \_\_\_ o'clock and 40 min \_\_\_ M.
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CR. NO. CR13-00735 LEK |
| ) | |
| Plaintiff,       ) | INDICTMENT |
| ) | |
| vs.       ) | 18 U.S.C. § 1705 |
| ) | |
| GERARD K. PUANA,       ) | [Destruction of Letter Boxes or Mail] |
| ) | |
| Defendant.       ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about June 21, 2013, in the District of Hawaii, the defendant GERARD K. PUANA, willfully and maliciously did injure, tear down, and destroy a letter box located at 1018 Kealaolu Avenue, Honolulu, Hawaii 96816, which was intended and used for the receipt and delivery of mail matter on a mail route

of the United States Postal Service in violation of Title 18, United States Code, Section 1705.

DATED: Honolulu, Hawaii, _____July 11, 2013_____.

A TRUE BILL

/s/ Foreperson
Foreperson, Grand Jury

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_____
LESLIE E. OSBORNE, JR.
Chief, Criminal Division

_____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

United States v. Gerard K. Puana
Cr. No. _____
"Indictment"

2