HID 011 (Rev. 04/12) Media Request Form



UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be received by the presiding judge as far in advance as practicable.

| | |
|---|---|
| Case Name: | USA v. Gerard K. Puana |
| Case No.: | 13-00735 |
| Presiding District or Magistrate Judge: | Leslie E. Kobayashi |
| Media Outlet: | Associated Press (Jennifer Kelleher, Oskar Garcia, Cathy Bussewitz, Audrey McAvoy) |

☑ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 6/24/2014-onward | | ~~All proceedings in open court.~~ |
| | | All proceedings on the record and in open court |
| | | |
| | | |
| | | |

DATED: 6/23/2014   SIGNATURE: _____

PRINTED NAME: Jennifer Kelleher

IT IS SO ORDERED,

☐ APPROVED   ☒ APPROVED AS MODIFIED   ☐ DENIED

DATED: 7/10/14

_____
JUDGE OF THE U.S. DISTRICT COURT