UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 26 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: K.K., <br><br> K.K., <br><br>         Petitioner, <br><br>   v. <br><br> UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII, <br><br>         Respondent, <br><br> GERARD K. PUANA, <br><br>         Real Party in Interest. | No. 14-71875 <br><br> D.C. No. 1:13-cr-00735-LEK-1 <br> U.S. District Court for Hawaii, Honolulu <br><br> **MANDATE** |

The judgment of this Court, entered July 01, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                    FOR THE COURT:
                    Molly C. Dwyer
                    Clerk of Court

                    Rebecca Lopez
                    Deputy Clerk