W. LEK



RECEIVED
U. S. DISTRICT JUDGE

NOV 14 2014

at____o'clock and_____min.____M.
DISTRICT OF HAWAII

**U.S. Department of Justice**

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*
*300 Ala Moana Blvd., Room 6-100*
*Honolulu, Hawaii 96850*

*(808)541-2850*
*FAX (808) 541-2958*

November 14, 2014

Honorable Leslie E. Kobayashi
United States District Judge
United States District Court,
   District of Hawaii
300 Ala Moana Blvd., Room C-423
Honolulu, HI   96850

VIA HAND DELIVERY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 26 2014

at 10 o'clock and 50 min. A M.
SUE BEITIA, CLERK

Re:   United States v. Gerard K. Puana, Cr. No. 13-00735 LEK

Dear Judge Kobayashi:

It was my understanding at our last hearing that if Mr. Silvert and I were unable to reach an agreement concerning the exhibit to this letter, Florence Puana's declaration, that we would discuss how a foundation for its admission into evidence could be achieved.   The United States was not in possession of the declaration at the time of the Puana deposition and so could not question upon it.   We wish to have Ms. Puana confirm her signature and will inquire as to whether or not she thought the matter set out in it was true and correct when she signed it.   Mr. Silvert objects to the admissibility of the declaration and any deposition concerning it.

The United States asks that the court order a deposition limited simply to inquiring whether or not the signature on Exhibit X is correct and whether or not Ms. Puana considered it to be true when she signed it.   The United States is willing to conduct the deposition in its office, at her home or any other location in the city of Honolulu that would be appropriate.   We would also be satisfied to have Ms. Puana appear by telephone.

Respectfully,

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By

LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

Enclosure
cc:  Alexander Silvert, FAFPD w/out Enc.

Tax Clarification Affidavit                                    Page 1 of 2

Regarding Subject Property:            The Greenwood Condo
                                       1128 Napunani Street #1803
                                       Honolulu, Hawaii  96818

I, Florence M. Puana, of 3934 Nioi Place Honolulu, Hawaii  96816, do hereby attest to the following:

1) A reverse mortgage transaction with Central Pacific Homeloans was initiated to purchase the above subject property located at 1128 Napunani Street #1803 Honolulu, Hawaii  96818. This reverse home loan transaction has been completed as of June 2010, and my Agent was Shari Motooka-Higa.

2) I have updated my current mailing address with Central Pacific Homeloans and Met Life as of June 30, 2010.

3) The reverse mortgage process was undertaken with Central Pacific Homeloans and MetLife against my resident home address of 3934 Nioi Place Honolulu, Hawaii  96816, and my intention is to have no mortgage owed on the subject property as identified above.

4) My granddaughter Katherine P. Kealoha initiated this transaction with $83,600.00, of her own funds which were a result of a residential home sale in 2005. This amount has been reimbursed to her and she has no funds that are owed to her as a part of this completed transaction.

5) I am the resident home-owner of 3934 Nioi Place Honolulu, Hawaii  96816, and have no home-owner status of the 1128 Napunani Street #1803 Honolulu, Hawaii



subject property.

6)      I will not be responsible for the payment of any property taxes, fees, association

dues or any other liens associated with the subject property identified herein.

Dated  7/30/10 , 20____ at Honolulu, Hawaii.

SIGNATURE OF FLORENCE M. PUANA:          PRINTED FULL LEGAL NAME:

_Florence m. Puana_  Florence, M., Puana

Notary Public

Acknowledgement:

STATE OF  Hawaii

COUNTY OF  Honolulu

The foregoing instrument was acknowledged before me this 30TH day of July

20 10 , by  Florence M Puana , who is personally

known to me or who has produced  Hawaii Drivers License, as identification.

_____
Signature of person taking acknowledgment

TURA E. TAVARES
_____
Name typed, printed, or stamped

Notary
_____
Title or rank: Notary or Bank Officer
No. 95-320

_____
Serial number (if applicable)

Doc Date: none  # Pages: 2
Name: TURA E. TAVARES  1ST  Circuit
Doc. Description: Tax Clarification
Affidavit
_____ 7/30/10
Signature                    Date
NOTARY CERTIFICATION

Page 2 of 2: Florence M. Puana: Tax Clarification Affidavit



Notary Public; First Judicial Circuit
State of Hawaii
My commission expires: April 25, 2012