FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
LAWRENCE L. TONG #3040
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:    Les.Osborne@usdoj.gov
               Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 13-00735 LEK |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S EXHIBIT |
| | ) | LIST; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| GERARD K. PUANA, | ) | |
| | ) | TRIAL:   December 2, 2014 |
| Defendant. | ) | JUDGE:   Leslie E. Kobayashi |
| | ) | |

## GOVERNMENT'S EXHIBIT LIST

The Government hereby submits its exhibit list, attached hereto, in the above-captioned matter.

The government reserves the right to add and delete exhibits if that should become necessary during trial.

DATED:   Honolulu, Hawaii,   November 26, 2014            .

Respectfully submitted,

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii


By    /s/ Leslie E. Osborne, Jr.
    LESLIE E. OSBORNE, JR.
    LAWRENCE L. TONG
    Assistant U.S. Attorney

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

**UNITED STATES** v. **GERARD K. PUANA**          **EXHIBIT LIST**
**Cr. No. 13-00735 LEK**

| Presiding Judge | Plaintiff's Attorneys | Defendant's Attorney |
|---|---|---|
| **LESLIE KOBAYASHI** | **LESLIE E. OSBORNE** | **ALEXANDER SILVERT** |
| | **LAWRENCE L. TONG** | |

| Trial Date | Court Reporter | Courtroom Deputy |
|---|---|---|
| **December 2, 2014** | | **Warren Nakamura** |

| Plf. No. | Def. No. | Date Offr'd | Mrk'd | Adm'd | EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | | Digimaster CD (camera #1) |
| 2 | | | | | Digimaster CD (camera #2) |
| 3 | | | | | Photograph of mailbox post |
| 4 | | | | | Email from Gerard to Kathy Kealoha dated December 18, 2009 |
| 5 | | | | | Tax Clarification Affidavit of Florence M. Puana dated July 30, 2010 |
| 6 | | | | | Three (3) photographs of Gerard Puana taken on July 1, 2013 |
| 7 | | | | | Honolulu Police Department Report #13-226943 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, the true and correct copy of the foregoing was served on the following at his last known address:

Served electronically through CM/ECF:

      ALEXANDER SILVERT, FAPD
      alexander_silvert@fd.org

      Attorney for Defendant
      GERARD K. PUANA


DATED:   Honolulu, Hawaii,  __November 26, 2014_____.



          _____/s/ Janice Tsumoto_____
          U.S. Attorney's Office
          District of Hawaii