PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     alexander_silvert@fd.org

Attorney for Defendant
GERARD K. PUANA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 13-00735 LEK |
| Plaintiff, | DEFENDANT'S WITNESS LIST; CERTIFICATE OF SERVICE |
| vs. | |
| GERARD K. PUANA, | Trial Date:  December 2, 2014 |
| Defendant. | |

**DEFENDANT'S WITNESS LIST**

Defendant GERARD K. PUANA, by and through counsel, ALEXANDER SILVERT, First Assistant Federal Defender, submits his Witness List, attached hereto.  Defendant reserves the right to call any witnesses identified by the government.

DATED:   Honolulu, Hawaii, November 28, 2014.

    /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
GERARD K. PUANA

DEFENDANT'S WITNESS LIST
*United States v. Gerard K. Puana*, Cr. No. 13-00735 LEK
United States District Court, District of Hawaii

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | WITNESS LIST |
|---|---|
| vs. | CR. NO. 13-00735 LEK |
| GERARD K. PUANA | |

| **PRESIDING JUDGE** | **PLAINTIFF'S ATTORNEY** | **DEFENDANT'S ATTORNEY** |
|---|---|---|
| Leslie K. Kobayashi | Leslie E. Osborne, Jr.<br>Assistant U.S. Attorney | Alexander Silvert<br>First Assistant Federal Defender |

| **TRIAL DATE** | **COURT REPORTER** | **COURTROOM DEPUTY** |
|---|---|---|
| December 2, 2014 | | Warren Nakamura |

| DEF. NO. | WITNESS |
|---|---|
| 1 | Dru Akagi |
| 2 | Carrie Arakaki |
| 3 | Kahuakailani Brown |
| 4 | Michael Cusumano |
| 5 | Derrick Dry |
| 6 | Michael Garcia |
| 7 | Chad Gibo |
| 8 | John Haina |
| 9 | Florence Hartsell |
| 10 | Ricky Hartsell |
| 11 | Katherine Kealoha |
| 12 | Louis Kealoha |

| | |
|---|---|
| 13 | Allan Kuaana |
| 14 | Vance Leong |
| 15 | Enoka Lucas |
| 16 | Marie McCauley |
| 17 | Greg McCormick |
| 18 | Davin Nakasato |
| 19 | Steven Nguyen |
| 20 | Sonny Roden |
| 21 | Frederic Rosskopf |
| 22 | Niall Silva |
| 23 | Grady Slaugh |
| 24 | Nalei Sooto |
| 25 | Landon Tafaoa |
| 26 | Annabel Tibar |
| 27 | Camille Ulep |
| 28 | Susan Yokomoto |
| 29 | Adam Choka |
| 30 | Brian Wise |
| 31 | Florence Puana |
| 32 | Thomas Farr |
| 33 | Jennifer Ito |

# CERTIFICATE OF SERVICE

I, ALEXANDER SILVERT, hereby certifies that by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on November 28, 2014:

Served Electronically through CM/ECF:

    LESLIE E. OSBORNE, JR.    les.osborne@usdoj.gov
    Assistant United States Attorney
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii   96850

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, November 28, 2014.

    /s/ Alexander Silvert
    ALEXANDER SILVERT
    Attorney for Defendant
    GERARD K. PUANA