PETER C. WOLFF, JR.   #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       alexander_silvert@fd.org

Attorney for Defendant
GERARD K. PUANA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 13-00735 LEK |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S *AMENDED* |
| | ) | EXHIBIT LIST; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| GERARD K. PUANA, | ) | |
| | ) | Trial Date:   December 2, 2014 |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S *AMENDED* EXHIBIT LIST**

Defendant GERARD K. PUANA, by and through counsel, ALEXANDER

SILVERT, First Assistant Federal Defender, submits his *Amended* Exhibit List,

attached hereto.

DATED:   Honolulu, Hawaii, December 1, 2014.

  /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
GERARD K. PUANA

DEFENDANT'S *AMENDED* EXHIBIT LIST
*United States v. Gerard K. Puana*, Cr. No. 13-00735 LEK
United States District Court, District of Hawaii

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

UNITED STATES OF AMERICA
vs.
GERARD K. PUANA

*AMENDED* **EXHIBIT LIST**
CR. NO. 13-00735 LEK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Leslie K. Kobayashi | Leslie E. Osborne, Jr.<br>Assistant U.S. Attorney | Alexander Silvert<br>First Assistant Federal<br>Defender |

| TRIAL DATE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| December 2, 2014 | | Warren Nakamura |

| DEF. NO. | Marked for ID | Date Admitted | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| A | | | Florence Puana's letter to Katherine Kealoha 9/10/12 |
| B | | | Florence Puana's Durable Power of Attorney 1/7/09 |
| C | | | Civil Complaint against Katherine Kealoha 13-1-0686-03 |
| D | | | Florence Puana's Bank of Hawaii letter response 1/29/13 |
| E | | | HPD Policy – Standards of Conduct |
| F | | | HPD Policy – Police Reports |
| G | | | HPD Policy – Code of Ethics |
| H | | | Ethics Commission – Use of City Resources |
| I | | | HPD Policy – Training |
| J | | | Chief Kealoha – Award Ceremony |

| K | | | 2014 Sergeant of the Year |
|---|---|---|---|
| L | | | Witness List – Civil Case |
| M | | | Witness List #1 – Civil Case |
| N | | | Witness List #2 – Civil Case |
| O | | | Jurison, Ofcr. – HPD Report & Photos |
| P | | | Sooto, Ofcr. – Probable Cause warrant |
| Q | | | Brown, Ofcr. – HPD Follow-Up Report |
| R | | | Garcia, Det. – Appraisal Report |
| S | | | Katherine Kealoha – Statements 6/22/13, 6/29/13, 7/3/13 |
| T | | | Kuaana, Det. – HPD Polygraph Report (Arakaki) |
| U | | | Leong, Ofcr. – HPD Follow-Up Report |
| V | | | Lucas, Ofcr. – HPD Report |
| W | | | Nguyen, Bobby, Ofcr. – Statement |
| X | | | Nguyen, Steven, Ofcr. – HPD Follow-Up Report |
| Y | | | Rosskopf, Ofcr. – HPD Report |
| Z | | | Shaughnessy, Postal Inspector – Report |
| AA | | | Silva, Ofcr. – HPD Follow-Up Report (tape) |
| BB | | | Sooto, Ofcr. – Police Report & PC warrant |
| CC | | | Tamamoto, Ofcr. – HPD Arrest Report |
| DD | | | Katherine Kealoha – Civil Deposition |
| EE | | | Katherine Kealoha – Email |

| | | | |
|---|---|---|---|
| FF | | | Mailbox photo #1 |
| GG | | | Mailbox photo #2 |
| HH | | | Mailbox photo #3 |
| II | | | Gerard Puana – Car Photo #1 |
| JJ | | | Gerard Puana – Car Photo #2 |
| KK | | | Gerard Puana – Car Registration |
| LL | | | Carrie Arakaki – Car Photo #1 |
| MM | | | Carrie Arakaki – Car Photo #2 |
| NN | | | Gibo, Ofcr. – Note |
| OO | | | Gibo, Ofcr. – HPD Reports |
| PP | | | Black Truck Photo #1 |
| QQ | | | Black Truck Photo #2 |
| RR | | | Silver Vehicle Photo #1 |
| SS | | | Black SUV Photo #1 |
| TT | | | Black SUV Photo #2 |
| UU | | | Roden, Ofcr. – Affidavit BOH Records |
| VV | | | Destenie Turner – Emails re: Power of Attorney/ Hartsell |
| WW | | | Destenie Turner – Email statement |
| XX | | | BOH Payment Record |
| YY | | | Susan Yokomoto – BOH Email/Hartsell |
| ZZ | | | BOH Payment Receipt Slip |

| AAA | | | Davin Nakamoto – BOH Business Card |
|-----|---|---|---|
| BBB | | | Destenie Turner – Statement to Postal Inspector |
| CCC | | | Susan Yokomoto – Statement to Postal Inspector |
| DDD | | | BOH Policies 2/2012 |
| EEE | | | BOH Policies 2/2013 |
| FFF | | | Cusumano, Sgt. – Motor Vehicle Paperwork |
| GGG | | | Tafaoa, Ofcr. (CIU) – Motor Vehicle Paperwork |
| HHH | | | Akagi, Det. (CID) – Motor Vehicle Paperwork |
| III | | | HPD Unknown Driver Motor Vehicle Paperwork |
| JJJ | | | Silva, Ofcr. – HPD Follow-Up Report #2 |
| KKK | | | Chief Kealoha – Hawaii News Now Media Story re: Interview 9/25/14 |
| LLL | | | Chief Kealoha – Hawaii News Now Video 9/25/14 |
| MMM | | | Chief Kealoha – Hawaii News Now Video 9/25/14 EDITED |
| NNN | | | Chief Kealoha – Star-Advertiser Interview 9/27/14 |
| OOO | | | Chief Kealoha – Video of Press Conference 9/18/14 |
| PPP | | | Mailbox |
| QQQ | | | Florence Puana Video Deposition 8/21/14 |
| RRR | | | Florence Puana Video Deposition Transcript 8/21/14 |
| SSS | | | Dr. Ito's Medical Reports |
| TTT | | | Dr. Miller's Medical Reports |

| UUU | | | Katherine Kealoha – Employment Records |
|-----|--|--|------------------------------------------|
| VVV | | | Puana Arrest Property Receipt |
| WWW | | | Akagi CID Closing Report |
| XXX | | | Destenie Turner Civil Deposition |
| YYY | | | Katherine Kealoha HPD Complaint Reports |
| ZZZ | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## CERTIFICATE OF SERVICE

I, ALEXANDER SILVERT, hereby certifies that by the method of service

noted below, a true and correct copy of the foregoing was served on the following at

the last known address on December 1, 2014:

Served Electronically through CM/ECF:

LESLIE E. OSBORNE, JR.          les.osborne@usdoj.gov
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, December 1, 2014.

 /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
GERARD K. PUANA