UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

## Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be received by the presiding judge as far in advance as practicable.

| Case Name: | USA v. Puana | Case No.: | 1:13-cr-00735-LEK-1 |

Presiding District or Magistrate Judge: Leslie E. Kobayashi

Media Outlet: Honolulu Civil Beat

☑ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| Full Trial (Dec. 2-?) | 9 a.m. | Jury selection through verdict *and limited to all matters on the record and held in open court.* |

DATED: Dec. 1, 2014

SIGNATURE: [signature]

PRINTED NAME: Nick Grube

IT IS SO ORDERED.

☐ APPROVED    ☒ APPROVED AS MODIFIED    ☐ DENIED

DATED: 12/1/14

[signature] Leslie E. Kobayashi
JUDGE OF THE U.S. DISTRICT COURT